UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD NEWBERNE,                                               Case No. 1:20-cv-820

      Plaintiff,                                                          HON. PAUL L. MALONEY

v.

NIAGARA CENTRAL REVENUE, INC., et al.,

      Defendants.
_____/

NOTICE OF DISMISSAL OF PARTIES

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), plaintiff hereby gives notice of the immediate dismissal from this action, with prejudice, of defendants Niagara Central Revenue, Inc., Robert T. Washington, Jr. and Angela B. Giglia.

Dated: October 5, 2020                        /s/ Phillip C. Rogers
                                                      Phillip C. Rogers (P34356)
                                                      Attorney for Plaintiff
                                                      6140 28th Street S.E., Suite 115
                                                      Grand Rapids, Michigan 49546-6938
                                                      (616) 776-1176
                                                      ConsumerLawyer@aol.com