UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD NEWBERNE,

        Plaintiff,

v.

NIAGARA CENTRAL
REVENUE, INC., et al.,

        Defendants.
_____/

Case No. 1:20-cv-820

HON. PAUL L. MALONEY

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff hereby gives notice of the immediate dismissal of this action, with prejudice.

Dated: November 20, 2020

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
6140 28th Street S.E., Suite 115
Grand Rapids, Michigan 49546-6938
(616) 776-1176
ConsumerLawyer@aol.com